Robert W. Hirsh, State Bar No. 102731
Robert W. Hirsh & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California  90211
Telephone:  (310) 275-7800; Facsimile:  (310) 275-4050
Email:  rhirsh@hirshlaw.com

Charles L. Post, State Bar No. 160443
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:    916/558-6000; Facsimile:  916/446-1611
Email:  cpost@weintraub.com

Attorneys for Plaintiffs Carmelo Anthony,
Melo Enterprises, Inc. and Chosen One
Properties, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC,<br><br>     Plaintiffs,<br><br>     v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS<br><br>     Defendant. | Case No.:  2:09-CV-02272 WBS-KJM<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS KENNY CRUZ AKA KENNETH CRUZ AND KC DEVELOPMENT, LLC** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Carmelo Anthony, Melo Enterprises, Inc., and Chosen One Properties, LLC (collectively "Plaintiffs") request that the clerk of this court enter defaults in this case against defendant Kenny Cruz aka Kenneth Cruz ("Cruz") and defendant KC Development, LLC ("KC")

1  on the ground that both defendants were served with the summons and complaint on August
2  23, 2009 and both have failed to file a response or otherwise appear pursuant to the time
3  prescribed by the Federal Rules of Civil Procedure.  This request is supported by this Request,
4  the concurrently filed declaration of Robert W. Hirsh, and all documents previously filed with
5  the Court.

7  Dated: October 30, 2009        Robert W. Hirsh & Associates

                                   By:     /s/ - Robert W. Hirsh
                                           Robert W. Hirsh
                                           State Bar No. 102731

                                           Attorney for Plaintiffs Carmelo Anthony, Melo
                                           Enterprises, Inc. and Chosen One Properties, LLC

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Eleventh Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS KENNY CRUZ AKA KENNETH CRUZ AND KC DEVELOPMENT, LLC**

☑ I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary course of business. Under this practice, correspondence is collected, sealed, postage thereon fully prepaid, and deposited the same day with the U. S. Postal Service.

☑ I caused the above documents to be served on the parties in this action by placing them in a sealed envelope in the designated area for outgoing mail, addressed as shown below.

☐ I caused the above documents to be delivered via email to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by causing them to be delivered via overnight courier to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by causing them to be delivered via facsimile.

| | |
|---|---|
| James Banks<br>Banks & Watson<br>Hall of Justice Building<br>813 6th Street, Suite 400<br>Sacramento, CA 95814-2403<br>Fax: (916) 325-1004<br>Email:  jbanks@bw-firm.com | Attorneys for Defendants Larry W. Harmon, Frank Castillo, Kelly Runkle, Sora Barnes, Larry Harmon & Associates, P.A., Harmon-Castillo, LLP, Vitalis Partners, LLC and Professional Partners, LLC |

*Via U.S.D.C. E-Filing System ONLY*

| | |
|---|---|
| Robert H. Stellwagen<br>Eric C. Brown<br>Collins Collins Muir & Stewart LLP<br>1100 El Centro Street<br>South Pasadena, CA 91030<br>Fax: (626) 243-1111<br>Email:  rstellwagen@ccmslaw.com | Attorneys for Defendant MCG Architecture |

*Via U.S.D.C. E-Filing System ONLY*

| | |
|---|---|
| Kenny Cruz<br>KC Development, LLC<br>312 Winged Foot<br>Granite Bay, CA 95746 | Defendants |

*Via U.S. Mail*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 30, 2009, in Sacramento, California.

                                                                                                                 /s/ - Ramona R. Carrillo
                                                                                                                       Ramona R. Carrillo

**weintraub** genshlea chediak
LAW CORPORATION