UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARMELO ANTHONY, ET AL.,** | **CLERKS CERTIFICATE OF ENTRY OF DEFAULT** |
| v. | 2:09−CV−02272−WBS−KJM |
| **LARRY HARMON, ET AL.,** | |

**TO ALL COUNSEL:**

By application of Plaintiff and it appearing that the defendant having been duly served with process as appears from the record and papers on file herein; and having failed to appear, plead or answer Plaintiff's complaint within the time allowed by law; the default of the following Defendant(s) is/are hereby entered:

Kenny Cruz, KC Development, LLC

Counsel is/are referred to Rule 55(b), of the Federal Rules of Civil Procedure, and Local Rules 72−302(c)(19) and 78−230. If there is more then one defendant in this case, counsel are further referred to Fed. R. Civ. P. 54(b).



**IN TESTIMONY WHERE OF,** I have hereunto subscribed my name and affixed the seal of the United States District Court for the Eastern District of California, on November 2, 2009.

**VICTORIA C. MINOR**
**CLERK OF COURT**

By:  /s/  A. Kastilahn

**Deputy Clerk**