JAMES J. BANKS (SBN 119525)
STEPHEN W. ROBERTSON (SBN 228708)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:  (916) 325-1000
Facsimile:  (916) 325-1004
Email:       jbanks@bw-firm.com

Attorneys for Defendants
LARRY W. HARMON, FRANK CASTILLO,
KELLY RUNKLE, SORA BARNES,
LARRY HARMON & ASSOCIATES, P.A.,
HARMON-CASTILLO, LLP, VITALIS PARTNERS, LLC
and PROFESSIONAL PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>LARRY HARMON, et al.<br><br>          Defendants. | CASE NO. 2:09-cv-02272-WBS-KJM<br><br>**DEFENDANTS' HARMON-CASTILLO, LLP, LARRY HARMON & ASSOCIATES, P.A., PROFESSIONAL PARTNERS, LLC, AND VITALIS PARTNERS, LLC, DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**<br>[FED. R. CIV. P. 7.1] |

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Harmon-Castillo, LLP makes the following disclosure:

    1.    Is party a publicly held corporation or other publicly held entity?

              ( ) YES    (✓) NO

    2.    Does party have any parent or subsidiary corporation?

              ( ) YES    (✓) NO

    3.    Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

              ( ) YES    (✓) NO

1      4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

                      ( ) YES    (✓) NO

5.    Is party a trade association?

                      ( ) YES    (✓) NO

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Larry Harmon & Associates, P.A. makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

                      ( ) YES    (✓) NO

2.    Does party have any parent or subsidiary corporation?

                      ( ) YES    (✓) NO

3.    Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

                      ( ) YES    (✓) NO

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

                      ( ) YES    (✓) NO

5.    Is party a trade association?

                      ( ) YES    (✓) NO

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Professional Partners, LLC makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

                      ( ) YES    (✓) NO

2.    Does party have any parent or subsidiary corporation?

                      ( ) YES    (✓) NO

3.    Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

                      ( ) YES    (✓) NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) YES   (✓) NO

5. Is party a trade association?

( ) YES   (✓) NO

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Vitalis Partners, LLC makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

( ) YES   (✓) NO

2. Does party have any parent or subsidiary corporation?

( ) YES   (✓) NO

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

( ) YES   (✓) NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) YES   (✓) NO

5. Is party a trade association?

( ) YES   (✓) NO

DATED: November 18, 2009            BANKS & WATSON

By: *James J. Banks*
JAMES J. BANKS
Attorneys for Defendants LARRY W. HARMON, FRANK CASTILLO, KELLY RUNKLE, SORA BARNES, LARRY HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, VITALIS PARTNERS, LLC and PROFESSIONAL PARTNERS, LLC