Robert H. Stellwagen, Esq. (State Bar No. 150560)
Eric C. Brown, Esq. (State Bar No. 170410)
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
rstellwagen@ccmslaw.com

Attorneys for Defendant MCG ARCHITECTURE
*(erroneously sued herein as MCG PARTNERS)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS <br><br> Defendants. | CASE NO. 2:09-cv-02272-WBS-KJM <br> *[Assigned to Courtroom 5 of the Eastern District (Sacramento) before the Honorable William Shubb presiding]* <br><br> **ORDER RE: MCG ARCHITECTURE'S REQUEST FOR TELEPHONIC APPEARANCE RE: MOTION TO DISMISS** <br><br> DATE:   December 7, 2009 <br> TIME:    2:00 p.m. <br> CTRM:   5 <br><br> Complaint Filed:  08/17/09 <br><br> Trial Date:  None |

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

G:\DOCS\SHU\DSHU2\INBOX\SIGNED\ANTHONY - ORDER.DOC

1

**[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE**

1   After reviewing the request for telephonic appearance, and good cause appearing therefore, the request is granted.  The courtroom deputy will initiate the call to Eric Brown, Esq. at (626) 243-1100, approximately 5-10 minutes before the time of the hearing on MCG Architecture's Motion to Dismiss.

Dated: November 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*G:\DOCS\SHU\DSHU2\INBOX\SIGNED\ANTHONY - ORDER.DOC*

2

**[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE**