Robert W. Hirsh, State Bar No. 102731
Robert W. Hirsh & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California  90211
Telephone:  (310) 275-7800
Facsimile:  (310) 275-4050
Email:  rhirsh@hirshlaw.com

Charles L. Post, State Bar No. 160443
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:      916/558-6000
Facsimile:       916/446-1611
Email:  cpost@weintraub.com

Attorneys for Plaintiffs Carmelo Anthony,
Melo Enterprises, Inc. and Chosen One
Properties, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS<br><br>　　　　Defendant. | Case No.:  2:09-CV-02272 WBS-KJM<br><br>**ORDER RE: PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MCG ARCHITECTURE'S MOTION TO DISMISS**<br><br>Date:   December 7, 2009<br>Time:   2:00 pm<br>Courtroom: 5<br>Judge:     Hon William B. Shubb |

1  After reviewing the request for telephonic appearance, and good cause appearing therefore, the request is granted. The courtroom deputy will initiate the call to Robert W. Hirsh at (303) 683-4100, Room 4109, approximately 5-10 minutes before the time of the hearing on MCG Architecture's Motion to Dismiss.

IT IS SO ORDERED.

Dated: December 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE