UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARMELO ANTHONY, MELO ENTERPRISES, INC., and CHOSEN ONE PROPERTIES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON, HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, FRANK CASTILLO, KELLY RUNKLE, SORA BARNES, KENNY CRUZ aka KENNETH CRUZ, KC DEVELOPMENT, LLC, VITALIS PARTNERS, LLC, PROFESSIONAL PARTNERS, LLC, and MCG PARTNERS,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:09-2272 WBS KJM<br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

On November 25, 2009, the court dismissed the Complaint of plaintiffs Carmelo Anthony, Melo Enterprises, Inc., and Chosen One Properties, LLC in order to afford plaintiffs an opportunity to amend their Complaint in accordance with the

1

pleading standards recently announced in <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937 (2009). (Docket No. 26.)  Currently pending before the court is defendant MCG Partners' ("MCG") motion to dismiss the claims alleged against it under Federal Rules of Civil Procedure 12(b)(6) and 9(b) for failure to state a claim upon which relief can be granted.  As plaintiffs' Complaint has been dismissed, MCG's motion to dismiss it is moot.  Once plaintiffs file an amended complaint in accordance with the court's November 25, 2009 Order, MCG may file a motion to dismiss that amended complaint if it so chooses.

　　　　IT IS THEREFORE ORDERED that MCG's motion to dismiss plaintiffs' claims against MCG be, and the same hereby is, DENIED AS MOOT, without prejudice to MCG's right to file a motion to dismiss any amended complaint plaintiffs may subsequently file.

DATED:   December 1, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE