1 | Robert H. Stellwagen, Esq. (State Bar No. 150560)
2 | Eric C. Brown, Esq. (State Bar No. 170410)
  | COLLINS COLLINS MUIR + STEWART LLP
3 | 1100 El Centro Street
4 | South Pasadena, CA 91030
  | (626) 243-1100 – FAX (626) 243-1111
5 | rstellwagen@ccmslaw.com
6 |
7 | Attorneys for Defendant MCG ARCHITECTURE
  | *(erroneously sued herein as MCG PARTNERS)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC, | CASE NO. 2:09-cv-02272-WBS-KJM |
| | *[Assigned to Courtroom 5 of the Eastern District (Sacramento) before the Honorable William Shubb presiding]* |
| Plaintiffs, | |
| vs. | **MCG ARCHITECTURE'S DISCLOSURE STATEMENT** |
| LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS | **Complaint Filed:** 08/17/09<br><br>**Trial Date:** None |
| Defendants. | |

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

L:\17333\DISCLOSURE STMT.DOC

1

DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MCG ARCHITECTURE ("MCG") hereby makes the following corporate disclosures:

1. MCG is not a publicly held corporation or other publicly held entity.
2. MCG does not have any parent or subsidiary corporations.
3. 10% or more of MCG's stock is not owned by a publicly held corporation or other publicly held entity.
4. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.
5. MCG is not a trade association.

DATED: November 25, 2009    COLLINS COLLINS MUIR + STEWART LLP

By: _____
Robert H. Stellwagen
Eric C. Brown
Attorneys for Defendant MCG ARCHITECTURE *(erroneously sued herein as MCG PARTNERS)*

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

L:\17333\DISCLOSURE STMT.DOC

2

DISCLOSURE STATEMENT

**PROOF OF SERVICE**
(CCP §§ 1013(a) and 2015.5)

State of California,    )
                        ) ss.
**County of Los Angeles** )

I am employed in the County of ☒ **Los Angeles** ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, **South Pasadena**, California 91030.

☐ 750 The City Drive, Suite 400, **Orange**, CA 92868-4940

On this date, I served the foregoing document described as **MCG ARCHITECTURE'S DISCLOSURE STATEMENT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Orange**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Orange**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Orange**, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111 (So. Pasadena)** or **(714) 823-4101 (Orange)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **December 2, 2009** at: South Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ROBIN TACKETT

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

L:\17333\DISCLOSURE STMT.DOC

3

**DISCLOSURE STATEMENT**

<u>CARMELO ANTHONY, et al. v. LARRY HARMON, et al.</u>
USDC Case No. 2:09-cv-02272-WBS-KJM
Our File No. 17333

<u>SERVICE LIST</u>

Robert W. Hirsh, Esq.
ROBERT W. HIRSH & ASSOCIATES
8383 Wilshire Blvd., Suite 510
Beverly Hills, CA 90211
(310) 275-7800 – FAX: (310) 275-4050
rhirsh@hirshlaw.com
**Attorneys for Plaintiffs, CARMELO ANTHONY, MELO ENTERPRISES, INC. and CHOSEN ONE PROPERTIES, LLC**

Charles L. Post, Esq.
WEINTRAUB GENSHLEA CHEDIAK
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – FAX: (916) 446-1611
cpost@weintraub.com
**Attorneys for Plaintiffs, CARMELO ANTHONY, MELO ENTERPRISES, INC. and CHOSEN ONE PROPERTIES, LLC**

James J. Banks, Esq.
Stephen W. Robertson, Esq.
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814
(916) 325-1000 – FAX: (916) 325-1004
jbanks@bw-firm.com
**Attorneys for Defendants, LARRY W. HARMON, FRANK CASTILLO, KELLY RUNKLE, SORA BARNES, LARRY HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, VITALIS PARTNERS, LLC and PROFESSIONAL PARTNERS, LLC**

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*L:\17333\DISCLOSURE STMT.DOC*

4

**DISCLOSURE STATEMENT**