Robert W. Hirsh, State Bar No. 102731
ROBERT W. HIRSH & ASSOCIATES
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: 310/275-7800
Facsimile: 310/275-4050
Email: rhirsh@hirshlaw.com

Charles L. Post, State Bar No. 160443
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:  916/558-6000
Facsimile:   916/446-1611
Email:  cpost@weintraub.com

Attorneys for Plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS<br><br>　　　　Defendants. | Case No.: 2:09-CV-02272 WBS-KJM<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON**<br><br>Complaint Filed: August 17, 2009 |

This Stipulation is made by and between plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC (collectively "Plaintiffs") and defendants Larry Harmon aka Larry W. Harmon aka Lawrence Harmon; Larry Harmon & Associates, P.A., Harmon-Castillo, LLP, Frank Castillo, and Vitalis Partners, LLC (collectively "Defendants").

## RECITALS

WHEREAS, on November 25, 2009, the Court entered an Order granting Defendants' motion to dismiss Plaintiff's complaint, and granting Plaintiffs thirty-days from the date of the November 25, 2009 Order to file an amended complaint.  *See* Docket No. 26.

WHEREAS under the Court's November 25, 2009 Order, Plaintiffs current deadline to file their amended complaint falls on December 25, 2009, a federal holiday.

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed that in light of the Holiday season and counsel's continuing communication with each other concerning the various claims and defenses of the parties, good cause exists to allow Plaintiffs an extension of time to file their amended complaint to January 8, 2010.

WHEREAS Plaintiffs do not intend to name Kelly Runkle, Sora Barnes, Professional Partners, LLC, and/or MCG Partners as defendants to the First Amended Complaint, therefore the consent of these parties to the present stipulation is not required.

WHEREAS the default of Defendants Kenny Cruz aka Kenneth Cruz and KC Development, LLC was previously taken, therefore the consent of these parties to the present stipulation is not required.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, that good cause exists to extend the time within which Plaintiffs may file their amended complaint from December 25, 2009 to January 8, 2010, and the parties respectfully request the Court to enter an Order thereon.

///

///

///

weintraub genshlea chediak
LAW CORPORATION

1   IT IS SO STIPULATED.

2   Dated:  December 22, 2009                ROBERT W. HIRSH & ASSOCIATES

4                                            By:    /s/ - Robert W. Hirsh
5                                                   Robert W. Hirsh

6                                            Attorneys for Plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC

8   Dated:  December 22, 2009                BANKS & WATSON

10                                           By:    /s/ - James J. Banks
                                                    James J. Banks (as authorized December 22, 2009)

12                                           Attorneys for Defendants Larry Harmon aka Larry W. Harmon aka Lawrence Harmon; Larry Harmon & Associates, P.A., Harmon-Castillo, LLP, Frank Castillo, and Vitalis Partners, LLC,

15   IT IS SO ORDERED

17   Dated:  December 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{1170123.DOC;}                3                Stipulation to Extend Time for Plaintiff to File Amended Complaint and Order Thereon
Case No. 2:09-CV-02272