UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARMELO ANTHONY, MELO ENTERPRISES, INC., and CHOSEN ONE PROPERTIES, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON, HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, FRANK CASTILLO, KELLY RUNKLE, SORA BARNES, KENNY CRUZ aka KENNETH CRUZ, KC DEVELOPMENT, LLC, VITALIS PARTNERS, LLC, PROFESSIONAL PARTNERS, LLC, and MCG PARTNERS,<br><br>        Defendants.<br>_____/ | NO. CIV. 2:09-2272 WBS KJM<br><br><u>ORDER</u> |

----oo0oo----

In the parties' Joint Status Report, plaintiff Carmelo Anthony repeatedly requests the court to order his deposition be taken and other dates be set outside of "basketball season," but never identifies the specific dates of that "season." The court must confess its ignorance as to the specific dates of the

1

1 basketball season and is unsure whether it can take judicial
2 notice of such dates.
3        Plaintiffs' attorney must therefore file a statement no
4 later than 12:00 p.m. on Friday, January 8, 2010, identifying the
5 specific dates during which he does not wish the trial set or
6 plaintiff's deposition to be taken.
7        IT IS SO ORDERED.
8 DATED:  January 7, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2