Robert W. Hirsh, State Bar No. 102731
Robert W. Hirsh & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California  90211
Telephone:  (310) 275-7800
Facsimile:  (310) 275-4050
Email:  rhirsh@hirshlaw.com

Charles L. Post, State Bar No. 160443
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:     916/558-6000
Facsimile:     916/446-1611
Email:  cpost@weintraub.com

Attorneys for Plaintiffs Carmelo Anthony,
Melo Enterprises, Inc. and Chosen One
Properties, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC, | Case No.:  2:09-CV-02272 WBS-KJM |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **Judge:    Hon William B. Shubb** |
| LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),

Plaintiffs Carmelo Anthony, Melo Enterprises, Inc., and Chosen One Properties, LLC hereby

voluntarily dismiss all claims asserted in their original complaint against Kelly Runkle, Sora

1 Barnes, Professional Partners, LLC, and MCG Partners without prejudice.

2

3 Dated: January 8, 2010                    ROBERT W. HIRSH & ASSOCIATES
                                           ROBERT W. HIRSH
4
                                           WEINTRAUB, GENSHLEA CHEDIAK
5                                          CHARLES L. POST

6

7                                          _____/s/ - Robert W. Hirsh_____
                                           By: Robert W. Hirsh
8
                                           Attorneys for Plaintiffs Carmelo Anthony,
9                                          Melo Enterprises, Inc., and Chosen One Properties,
                                           LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28