JAMES J. BANKS (SBN 119525)
STEPHEN W. ROBERTSON (SBN 228708)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:   (916) 325-1000
Facsimile:    (916) 325-1004
Email:         jbanks@bw-firm.com

Attorneys for Defendants
LARRY W. HARMON, FRANK CASTILLO,
LARRY HARMON & ASSOCIATES, P.A.,
HARMON-CASTILLO, LLP, and VITALIS PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>LARRY HARMON, et al.,<br><br>              Defendants. | CASE NO. 2:09-cv-02272-WBS-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

This stipulation is made by and between plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC ("Plaintiffs") and defendants Larry W. Harmon, Frank Castillo, Larry Harmon & Associates P.A., Harmon-Castillo, LLP and Vitalis Partners, LLC ("Defendants"), in light of the following facts:

**RECITALS**

WHEREAS, on January 8, 2010, Plaintiffs filed their First Amended Complaint;

WHEREAS, Defendants' response to the First Amended Complaint is due on or before January 19, 2010;

WHEREAS, good cause exists for the extension of time for Defendants to file a responsive pleading to the First Amended Complaint because a member of defendant Larry W. Harmon's family

passed away during the week of January 4, 2010 and he is unavailable to assist defense counsel with responding to the First Amended Complaint;

WHEREAS, Plaintiffs and Defendants stipulate that Defendants may have an additional week to respond to the First Amended Complaint;

WHEREAS, Defendants' response to the First Amended Complaint shall now be filed on or before January 26, 2010;

WHEREAS, the parties further stipulate that the requested extension is not for the purposes of delay, but so that the due process of the parties is protected and so that justice may be done.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that the time within which Defendants may respond to Plaintiffs' First Amended Complaint is extended from January 19, 2010 to January 26, 2010.

IT IS SO STIPULATED.

DATED: January 15, 2010        BANKS & WATSON

By: /s/ *James J. Banks*
JAMES J. BANKS
Attorneys for Defendants LARRY W. HARMON, FRANK CASTILLO, LARRY HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, and VITALIS PARTNERS, LLC

DATED: January 15, 2010        ROBERT W. HIRSH & ASSOCIATES
ROBERT W. HIRSH
WEINTRAUB GENSHLEA CHEDIAK
CHARLES L. POST

By: /s/ *Robert W. Hirsh* (as authorized on 01/15/10)
ROBERT W. HIRSH
Attorneys for Plaintiffs CARMELO ANTHONY, MELO ENTERPRISES, INC. and CHOSEN ONE PROPERTIES, LLC

1     IT IS SO ORDERED.

3 DATED: January 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE