Robert W. Hirsh, State Bar No. 102731
Robert W. Hirsh & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: (310) 275-7800
Facsimile: (310) 275-4050
Email: rhirsh@hirshlaw.com

Charles L. Post, State Bar No. 160443
Zach Wadlé, State Bar No. 231404
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916/558-6000
Facsimile:   916/446-1611
Email: cpost@weintraub.com

Attorneys for Plaintiffs Carmelo Anthony,
Melo Enterprises, Inc. and Chosen One
Properties, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY; MELO ENTERPRISES, INC.; and CHOSEN ONE PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LARRY HARMON aka LARRY W. HARMON aka LAWRENCE HARMON; LARRY HARMON & ASSOCIATES, P.A.; HARMON-CASTILLO, LLP; FRANK CASTILLO; KELLY RUNKLE; SORA BARNES; KENNY CRUZ aka KENNETH CRUZ; KC DEVELOPMENT, LLC; VITALIS PARTNERS, LLC; PROFESSIONAL PARTNERS, LLC; and MCG PARTNERS<br><br>　　　　Defendant. | Case No.: 2:09-CV-02272 WBS-KJM<br><br>[PROPOSED] ORDER ON PLAINTIFFS EX PARTE REQUEST TO FILE UNDER SEAL EVIDENTIARY EXHIBIT #5 TO DECLARATION OF ZACH WADLÉ IN SUPPORT OF JOINT STATEMENT RE: DISCOVERY DISPUTE<br><br>[LOCAL RULE 141]<br><br>DATE:　April 14, 2010<br>TIME:　10:00 A.M.<br>COURTROOM:　26<br>MAGISTRATE:　Hon. Kimberly J. Mueller |

Plaintiffs' Ex Parte Request to File Under Seal Evidentiary Exhibit #5 to Declaration of Zach Wadlé In Support of Joint Statement Re: Discovery Dispute was submitted to the Court on

1   April 8, 2010. The Court has considered Plaintiffs' Ex Parte Request, and all relevant files and
2   records in this case including the parties' stipulated protective order entered by the Court, and
3   good cause appearing therefore,

4       IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Request to File Under Seal
5   Evidentiary Exhibit #5 to Declaration of Zach Wadlé In Support of Joint Statement Re: Discovery
6   Dispute is GRANTED.

7       IT IS FURTHER ORDERED that only the Court, its staff, and the parties' counsel shall
8   have access to, and be permitted to review, the sealed documents.

9       IT IS SO ORDERED.

10  Dated: 4/14/10
11                                                                                                                                                 VJUDGE, UNITED STATES DISTRICT COURT
12                                                                                                                                                 MAGISTRATE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{1189030.DOC;}                               2         [Proposed] Order on Plaintiffs' Ex Parte Request to File
                                                                                    Evidentiary Exhibit #5 Under Seal