IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO ANTHONY, et al.,

     Plaintiffs,                                  No. CIV S-09-2272 WBS KJM

     vs.

LARRY HARMON, et al.,

     Defendants.                               ORDER

_____/

     Plaintiffs' motion for extended time for the deposition of defendant Larry Harmon was submitted on the papers. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

     The motion (docket no. 89) is granted in part. Plaintiffs are granted leave to conduct the deposition of defendant Larry Harmon for two consecutive days of seven hours each day. No later than seven days prior to the deposition, plaintiffs shall specifically identify all exhibits upon which the deponent will be examined.

DATED: July 2, 2010.

                                                                    U.S. MAGISTRATE JUDGE

006 anthony-harmon3.oah

1