IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO ANTHONY, et al.,

     Plaintiffs,                    No. CIV S-09-2272 WBS KJM

     vs.

LARRY HARMON, et al.,

     Defendants.                ORDER

_____/

     Defendants have submitted documents for in camera review, as directed by the court in the order filed June 21, 2010.  Upon review of the documents, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     Defendants have appropriately withheld from disclosure the documents submitted for in camera review; they are not likely to lead to admissible evidence.  Accordingly, further disclosure will not be compelled.

DATED:  July 20, 2010.

_____
U.S. MAGISTRATE JUDGE

006 anthony-harmon.icr

1