IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO ANTHONY, et al.,

    Plaintiffs,                     No. CIV S-09-2272 WBS KJM

   vs.

LARRY HARMON, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Defendants' application for order shortening time for hearing on a motion to set a date for the deposition of plaintiff Anthony is submitted on the papers. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        The parties have agreed to the following:

        a. Plaintiff Anthony's deposition shall take place in Los Angeles, California on September 7, 2010.

        b. Plaintiff Anthony will reimburse defense counsel for one Southwest Airlines advance purchase air fare between Sacramento and Los Angeles, which is approximately $225.00, and for one night's hotel charges, not to exceed $150.00.

/////

1

1    That agreement is now confirmed; the deposition shall proceed as set forth above.
2 DATED: August 4, 2010.

_____
U.S. MAGISTRATE JUDGE

26 006 anthony-harmon4.sub