JAMES J. BANKS (SBN 119525)
ROBERTA LINDSEY SCOTT (SBN 117023)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:     (916) 325-1000
Facsimile:      (916) 325-1004
Email:           jbanks@bw-firm.com

Attorneys for Defendants
LARRY W. HARMON, FRANK CASTILLO,
LARRY HARMON & ASSOCIATES, P.A.,
HARMON-CASTILLO, LLP and VITALIS PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LARRY HARMON, et al.,<br><br>Defendants. | CASE NO. 2:09-cv-02272-WBS-KJM<br><br>**ORDER ALLOWING FILING UNDER SEAL OF DOCUMENTS ATTACHED AS EXHIBITS TO THE DECLARATION OF JAMES J. BANKS FILED IN SUPPORT OF DEFENDANTS' MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>COURTROOM:     5<br>SENIOR JUDGE:   Hon. William B. Shubb |

Pursuant to Eastern District Local Rule 141, the Court, having reviewed the Defendants' request to file confidential documents under seal and the Amended Stipulated Protective Order entered in this case and good cause appearing, hereby finds:

The 46 pages of documents bates stamped S 1 through S 46, inclusive, contain sensitive financial matters and have been stamped either "CONFIDENTIAL" or "CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY" and are subject to the confidentiality provisions of the Amended Stipulated Protective Order.  The Court therefore concludes that the filing of those documents under seal is proper.

**ORDER**

Now, therefore, it is hereby ORDERED that those documents stamped S 1 through S 46, inclusive, referenced as part of Exhibit D and all of Exhibit G to the Declaration of James J. Banks filed in support of Defendants' opposition to motion to file second amended complaint shall be filed under seal by the Clerk of the Court and made available only to the Court or counsel of record in this case pursuant to and in conformity with the terms of this Court's February 1, 2010 Amended Stipulated Protective Order.

**IT IS SO ORDERED:**

DATED:  September 30, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE