JAMES J. BANKS (SBN 119525)
ROBERTA LINDSEY SCOTT (SBN 117023)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:     (916) 325-1000
Facsimile:     (916) 325-1004
Email:          jbanks@bw-firm.com

Attorneys for Defendants
LARRY W. HARMON, FRANK CASTILLO,
LARRY HARMON & ASSOCIATES, P.A.,
HARMON-CASTILLO, LLP and VITALIS PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>LARRY HARMON, et al.,<br><br>              Defendants. | CASE NO. 2:09-cv-02272-WBS-KJM<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF** |

This stipulation is made by and between plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC ("Plaintiffs") and defendants Larry W. Harmon, Frank Castillo, Larry Harmon & Associates, P.A., Harmon-Castillo, LLP and Vitalis Partners, LLC ("Defendants"), in light of the following facts:

**RECITALS**

WHEREAS, this Court entered its Order re: Status (Pretrial Scheduling) Conference on January 8, 2010 ("Order"), Docket number 42;

WHEREAS, pursuant to the Order, the parties are to disclose experts and to produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than October 15, 2010 and

1  with regard to expert testimony intended solely for rebuttal on or before November 15, 2010 and with all
2  discovery to be completed by January 10, 2011;

3       WHEREAS, beginning on or about October 4, 2010, the parties have engaged in meaningful
4  settlement negotiations but need additional time to determine whether a settlement can be reached in this
5  case;

6       WHEREAS, the parties desire to minimize expenditure of resources and reserve available
7  moneys to settle their dispute rather than incur costs on expert reports and discovery at this time;

8       WHEREAS, Plaintiffs and Defendants agree that it would be in their collective best interests to
9  extend the current deadlines contained in the Order as follows:

10           (a)   The deadline to disclose experts and produce reports in accordance with Federal
11  Rule of Civil Procedure 26(a)(2) to be extended from October 15, 2010 to November 30, 2010;

12           (b)   The deadline to disclose expert testimony and produce reports intended solely for
13  rebuttal purposes in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from
14  November 15, 2010 to December 31, 2011;

15           (c)   All expert discovery, as set forth in the Court's Order, shall be so conducted so as
16  to be completed by February 28, 2011;

17       WHEREAS, Plaintiffs and Defendants agree to use the extension of time afforded by this
18  Stipulation to explore settlement of their dispute;

19       WHEREAS, the proposed stipulated modification of the terms Court's January 8, 2010 Order
20  will not delay or prejudice the timely resolution of this case in the event the settlement negotiations
21  prove unsuccessful inasmuch as this case is not set for trial until July 26, 2011.

22

23                                  **<u>STIPULATION</u>**

24       WHEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN PLAINTIFFS
25  AND DEFENDANTS THAT:

26           (a)   The parties shall disclose experts and produce reports in accordance with Federal Rule of
27  Civil Procedure 26(a)(2) no later than November 30, 2010;

28

(b) Expert testimony and reports intended solely for rebuttal purposes shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before December 31, 2010; and

(c) All expert discovery shall be conducted so as to be <u>completed</u> by February 28, 2011.

IT IS SO STIPULATED.

DATED: October 6, 2010　　　　　　　　　BANKS & WATSON

By: /s/ James J. Banks
JAMES J. BANKS
Attorneys for Defendants LARRY W. HARMON, FRANK CASTILLO, LARRY HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP, and VITALIS PARTNERS, LLC

DATED: October 6, 2010　　　　　　　　　ROBERT W. HIRSH & ASSOCIATES
ROBERT W. HIRSH

WEINTRAUB GENSHLEA CHEDIAK
CHARLES L. POST

By: /s/ Robert W. Hirsh (as authorized on 10/6/10)
ROBERT W. HIRSH
Attorneys for Plaintiffs CARMELO ANTHONY, MELO ENTERPRISES, INC. and CHOSEN ONE PROPERTIES, LLC

IT IS SO ORDERED.

DATED: October 7, 2010.

_____
U.S. MAGISTRATE JUDGE