IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO ANTHONY, et al.,

      Plaintiffs,                                    No. CIV S-09-2272 WBS KJM

   vs.

LARRY HARMON, et al.,

      Defendants.                          <u>ORDER</u>

_____/

        Plaintiffs' motion for further deposition of defendant Larry Harmon is pending before the court on the parties' joint letter brief.  Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall submit no later than December 8, 2010, a transcript of the deposition of Larry Harmon.  A preliminary, rough transcript may be submitted for the court's review.

DATED: November 30, 2010.

_____
U.S. MAGISTRATE JUDGE

006
anthony-harmon.sub

1