STEVEN N. RICHMAN, State Bar No. 101267
ARON P. HOCHHAUSER, State Bar No. 245099
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California  90067-2512
Telephone:   (310) 785-0885
Facsimile:    (310) 785-0787
E-Mail:       *srichman@erlaw.com*
              *ahochhauser@erlaw.com*

Attorneys for Non-Party Deponent Bank of the West

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al., | CASE NO. 2:09-cv-02272-MCE-KJM |
| Plaintiffs, | **STIPULATION AND ORDER RE: DOCUMENTS PRODUCED AND TESTIMONY GIVEN BY BANK OF THE WEST** |
| v. | |
| LARRY HARMON, et al., | |
| Defendants. | |

Stipulation and Order.doc

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Carmelo Anthony, Melo Enterprises, Inc. and Chosen One Properties, LLC (collectively, "Plaintiffs"); Defendants Larry W. Harmon, Frank Castillo, Larry Harmon & Associates, P.A., Harmon-Castillo, LLP and Vitalis Partners, LLC (collectively, "Defendants"); and Non-Party Deponent Bank of the West, by and through their counsel of record, as follows:

## RECITALS

A. On or about March 11, 2010, Plaintiffs served Bank of the West with a Subpoena to Produce Documents in a Civil Action ("Production Subpoena") in the above-captioned action. Defendants objected to the Production Subpoena and filed a Motion to Quash Subpoenas. On April 14, 2010, the Court heard Defendants' Motion. At the hearing, the Court denied the Motion and ordered that all documents subpoenaed from Bank of the West shall be produced for attorneys' eyes only pursuant to the terms of the Stipulated Protective Order entered by the Court on February 1, 2010.

B. On or about November 24, 2010, Plaintiffs served Bank of the West with a Subpoena to Testify at a Deposition in a Civil Action and a Notice of Deposition ("Deposition Subpoena"). In addition to the thirty-two document requests that were the subject of the Production Subpoena, the Deposition Subpoena contains an additional document request.

C. Bank of the West accepted service of the Deposition Subpoena, through its counsel, on November 30, 2010. The deposition of Bank of the West's Person Most Knowledgeable is currently set for December 21, 2010.

D. In order to ensure that the Court's Order dated April 21, 2010 and the Stipulated Protective Order apply to all documents produced and testimony given by Bank of the West pursuant to the Deposition Subpoena, Bank of the West has requested that Plaintiffs and Defendants enter into this Stipulation.

Wherefore, the parties agree and stipulate as follows:

**STIPULATION**

1. The Court's Order dated April 21, 2010 and the Stipulated Protective Order shall govern the handling of all documents, materials, and information to be produced by Bank of the West pursuant to the Deposition Subpoena.

2. At the deposition of Bank of the West's Person Most Knowledgeable, any of the parties may designate portions of the deponent's testimony as confidential and/or attorneys' eyes only pursuant to the terms of the Stipulated Protective Order.

DATED: December 14, 2010     ROBERT W. HIRSH & ASSOCIATES
                             ROBERT W. HIRSH

                             WEINTRAUB GENSHLEA CHEDIAK
                             CHARLES L. POST

                             By: /s/ Robert W. Hirsh (as authorized on 12/14/2010)
                                 ROBERT W. HIRSH
                             Attorneys for Plaintiffs CARMELO ANTHONY, MELO ENTERPRISES, INC., and CHOSEN ONE PROPERTIES, LLC

DATED: December 14, 2010     BANKS & WATSON

                             By: /s/ James J. Banks (as authorized on 12/14/2010)
                                 JAMES J. BANKS
                             Attorneys for Defendants LARRY W. HARMON, FRANK CASTILLO, LARRY HARMON & ASSOCIATES, P.A., HARMON-CASTILLO, LLP and VITALIS PARTNERS, LLC

DATED: December 14, 2010     EPPORT, RICHMAN & ROBBINS, LLP

                             By: /s/ Aron P. Hochhauser
                                 ARON P. HOCHHAUSER
                             Attorneys for Non-Party Deponent BANK OF THE WEST

**[Order on Page 3]**

**ORDER**

Upon review of the Stipulation and good cause appearing therefor,

**IT SO ORDERED**.

DATED: December 15, 2010.

_____
U.S. MAGISTRATE JUDGE