JAMES J. BANKS (SBN 119525)
ROBERTA LINDSEY SCOTT (107023)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:	(916) 325-1000
Facsimile:	(916) 325-1004
Email:	jbanks@bw-firm.com

Attorneys for Defendants
LARRY W. HARMON, FRANK CASTILLO,
LARRY HARMON & ASSOCIATES, P.A.,
HARMON-CASTILLO, LLP and VITALIS PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO ANTHONY, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LARRY HARMON, et al.,<br><br>                    Defendants. | CASE NO. 2:09-cv-02272-MCE-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION; ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal of any and all claims asserted in this action by any of the plaintiffs against any of the defendants, said claims to be all dismissed with prejudice.

The Clerk is directed to close the file.

DATED:  September 7, 2011	BANKS & WATSON


	By:  /s/ *James J. Banks*
	JAMES J. BANKS
	Attorneys for Defendants LARRY W. HARMON,
	FRANK CASTILLO, LARRY HARMON &
	ASSOCIATES, P.A., HARMON-CASTILLO, LLP
	and VITALIS PARTNERS, LLC

DATED:  September 7, 2011

ROBERT W. HIRSH & ASSOCIATES
ROBERT W. HIRSH

WEINTRAUB GENSHLEA CHEDIAK
ZACHARY J. WADLÉ

By:  /s/ *Robert W. Hirsh* (as authorized on 9/2/11 )
ROBERT W. HIRSH
Attorneys for Plaintiffs CARMELO ANTHONY, MELO ENTERPRISES, INC., and CHOSEN ONE PROPERTIES, LLC

Based on the stipulation by the parties, it is so ORDERED.

Dated: September 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE